UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STEPHEN M. LAVINE,

                                        **STIPULATION OF DISMISSAL**

                          Plaintiff,

-against-                                Docket No.: 5:21-CV-1005
                                                     (DNH/TWD)

UNITED STATES OF AMERICA,

                          Defendant.

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the
attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an
infant, incompetent person for whom a committee has been appointed or conservatee and no person
not a party with an interest in the subject matter in the action, the above-entitled action is hereby
dismissed, with prejudice and without costs.

        This stipulation may be filed without further notice with the Clerk of the Court.


Dated: February 16, 2024              Dated: February 16, 2024

**BOTTAR LAW, PLLC**                  **CARLA B. FREEDMAN**
                                      **UNITED STATES ATTORNEY**

_____               _____
Samantha C. Riggi, Esq.               Ransom P. Reynolds, III, Esq.
Attorneys for Plaintiff               Attorneys for Defendant
120 Madison St., Suite 1300           P.O. Box 7198
Syracuse, NY 13202                    Syracuse, NY 13261
(315) 422-3466                        (315) 448-0672
scr@bottarlaw.com                     Ransom.p.reynolds@usdoj.gov

                                      IT IS SO ORDERED:

                                      David N. Hurd
                                      U.S. District Judge

                                      Dated: 02-23-2024
                                      _____